UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GERALD YOUNG MONTGOMERY
           Plaintiff(s)
  v.
THEODIS BECK; JAMES E. LANGSTON;
ANTHONY G. PERRY; ALBERTA
MCLAUGHLIN
           Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:09-CT-3029-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flangan, Chief United States District Judge, for consideration of the Order to Show Cause.

**IT IS ORDERED AND ADJUDGED** that defendants Beck, Langton and Perry having been dismissed earlier in the action, this action is hereby dismissed without prejudice as to the remaining defendant.

<u>This Judgment Filed and Entered on June 11, 2010, with service on:</u>
Gerald Young Montgomery 0943655, Cleveland Correctional Center; 260 Kemper Road, Shelby, NC 28150 (via U.S. Mail)
Lisa Y. Harper (via CM/ECF Notice of Electronic Filing)

June 11, 2010
                                            /s/ Dennis P. Iavarone
                                            Clerk

Raleigh, North Carolina